E-FILED
Friday, 27 May, 2005  02:58:47 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

FILED
MAY 2 7 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Georgia Jones
607 E Grove
Champaign, Illinois

Plaintiff(s)

vs.

University of Illinois

Defendant(s)

Case No: 05-2128

PRO SE COMPLAINT AGAINST EMPLOYMENT DISCRIMINATION, UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964, 42 U.S.C. §§ 2000e-5

I. PREVIOUS PROCEEDINGS BEFORE THE EQUAL EMPLOYMENT OPPORTUNITIES COMMISSION (EEOC)

A. Have you filed a charge before the federal Equal Employment Opportunities Commission (EEOC) relating to this claim of employment discrimination?

(✓) YES

( ) NO

B. If your answer is YES, describe the EEOC proceeding:

1. Parties to the previous EEOC proceeding:

Petitioner (s) _____

_____

_____

Page 2

Respondent (s) __U. of I.__

2. Location of EEOC office that handled your charge __Chicago District Office 500 W. Madison St. Ste. 2800__

3. Docket or case number of your charge: _____

4. Disposition (what was the final result of your charge): _____

5. Has EEOC written you a right-to-sue letter (telling you that you have the right to sue in a United States District Court if you are dissatisfied with the disposition of your charge)?

   (✓) YES

   ( ) NO

6. Date of filing charge before EEOC: _____

7. Date of disposition by EEOC: _____

C. Attach copies of all documents you possess relating to the EEOC proceeding, ESPECIALLY YOUR RIGHT-TO-SUE LETTER.

II.   PREVIOUS LOCAL, STATE OR FEDERAL PROCEEDINGS OTHER THAN EEOC

A. Have you begun other legal proceedings before state or local courts or agencies, or a federal court (but NOT the EEOC) relating to your claim of employment discrimination?

   ( ) YES

   ( ) NO

Page 3

    B. If your answer is YES, describe each legal proceeding:

        1. Parties to the previous legal proceeding:
        Plaintiff(s) or petitioner(s) _____

        Defendant(s) or respondent(s) _____

        2. Name of court or agency: _____

        3. Docket or case number: _____

        4. Name of the judge or hearing officer: _____

        5. Disposition (for example: Was the case dismissed? Who won? Was there an appeal? Is the appeal pending or final? _____

        6. Date of beginning previous proceeding: _____

        7. Date of disposition of proceeding: _____

NOTE: If there was more than one previous legal proceeding, excluding an EEOC proceeding, describe them on separate sheets of paper. Follow the outline above, label the sheets clearly, and attach them to this pro se complaint.

  C. Have you attached separate sheets regarding previous state, local or federal legal proceedings (other than EEOC)?

    ( ) YES

    ( ) NO

III. PARTIES TO YOUR PRO SE COMPLAINT OF EMPLOYMENT DISCRIMINATION

  A. Plaintiff(s)

    1. Your full name _____

    2. Your address _____

    3. Names and addresses of other plaintiffs, if any
    (You should name other plaintiffs only if they were
    petitioners with you in a previous EEOC proceeding, or
    else if EEOC began a previous proceeding on behalf of
    you and them): _____

    (Use a separate sheet if necessary; label it clearly if so)

  B. Have you attached a separate sheet naming other plaintiffs?

    ( ) YES

    ( ) NO

  C. Defendant (s) (You should name here the first-named respondent, or else its successor, in the previous EEOC proceeding brought by you or on your behalf):

    1. Full name (individual or firm): _____

Page 5

2. Business address: _1109 S. Lincoln Ave._
   _Urbana, Illinois_

3. Job position (if individual) _Clerical Assistant_

4. Status as an entity (if defendant is a business firm):

   ( ) Corporation

   ( ) Partnership

   ( ) Sole Proprietorship

   ( ) Other _____

(If you do not know this information, and you cannot find out by reasonable means, ask the defendant for it. If the defendant will not tell you, leave this section blank.)

5. Names, business addresses, and job position or entity status of other defendants, if any (you should name additional defendants only if they were named as respondents in a previous EEOC proceeding brought by you or on your behalf): _____

_____

_____

_____

(Use a separate sheet if necessary; label it clearly if so)

D.   Have you attached a separate sheet naming other defendants?

   ( ) YES

   ( ) NO

5

Page 6

IV. STATEMENT OF YOUR CLAIM OF EMPLOYMENT DISCRIMINATION

A. Were you:
( ) Not hired?
( ) Discharged?
( ) Suspended?
( ) Demoted?
( ) Denied Promotion?
( ) Denied Wage Increases?
( ) Other (please specify) _____

_____

B. State here as briefly, concisely and clearly as possible the essential facts of your claim. Take time to organize your statement; you may use numbered paragraphs if you find it helpful. Include precisely how each defendant in this action is involved. Include the names of other persons involved who are not defendants; give dates and place. Concentrate on describing as clearly and simply as possible the employment practice you allege to be illegal, and how it discriminated against you. IT IS NOT NECESSARY TO MAKE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. IN MOST CIRCUMSTANCES, THIS ONLY MAKES THE CLAIM OF A LAYMAN MORE DIFFICULT TO UNDERSTAND. AS MUCH AS POSSIBLE, LET THE FACTS SPEAK FOR THEMSELVES.

I began employment with respondent in 8/79. My current position is Clerical Assistant. In 1993 I filed a charge of discrimination against respondent. In June 2003 I was assigned to work in Respondent's McKinley Medical Center. Throughout my tenure at McKinley Medical Center, beginning June 2003 and continuing until Dec. 2003 I was subjected to harassment, retaliation and different terms and condition of employment in that I was held to a higher performance standard than my co-workers, my co-workers would ask when I would retire and my supervisor would follow me around while I performed my duties. I complained to my supervisor's superiors, however no action was taken. In Dec. 2003, I was transferred to a different department at Respondent.

6

I believe that I have been discriminated against because of my race, Black and because of retaliation for filing a previous charge in Title VII of the Civil Act of 1964, as amended.

2:05-cv-02128-HAB-DGB  # 1  Page 7 of 7

DO NOT FEEL COMPELLED TO USE ALL THE SPACE.

Page 7

V. **RELIEF YOU REQUEST**

Check below what you want the court to do for you. You may make as many checks as you like.

( ) Should you prevail in this lawsuit, award you back pay.

( ) Should you prevail in this lawsuit, reinstate you in your old position.

( ) Should you prevail in this lawsuit, award you certain costs of suit (but not attorneys fees).

( ) Other _____

_____

_____

_____

Signed this __5/27/0__ day of __27th__, 20_06.5_

_____
_Georgia Coney_
(Signature of Plaintiff or Plaintiffs)

ADDRESS: _607 E. Grove_
_Champaign, Ill._
_61820_

PHONE NO.: _____